**Order entered February 9, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00158-CV

## KELLY M. LIEBBE AND JONATHAN RUTE, Appellants

## V.

## STEPHEN COURTNEY, M.D. AND STEPHEN COURTNEY, M.D., P.A., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

### ORDER

Before the Court is appellant Kelly M. Liebbe's February 3, 2023 unopposed third motion for an extension of time to file her opening brief. In our January 25, 2023 order, we advised Ms. Liebbe that no further extension would be granted. In light of the near year-long pendency of this appeal, such extensions are strongly disfavored. Due to the extenuating circumstances represented in the present unopposed motion, we **GRANT** the requested short extension of time to **February 22, 2023**. We **expressly caution** Ms. Liebbe that failure to timely file a brief by

February 23 may result in the dismissal of her appeal for want of prosecution. *See*

TEX. R. APP. P. 38.8(a)(1).

/s/ BONNIE LEE GOLDSTEIN
JUSTICE